1  AARON D. FORD
   Attorney General
2  DOUGLAS R. RANDS, Bar No. 3572
   Senior Deputy Attorney General
3  State of Nevada
   Public Safety Division
4  100 N. Carson Street
   Carson City, Nevada 89701-4717
5  Tel: (775) 684-1150
   E-mail: drands@ag.nv.gov
6
*Attorneys for Defendants*
7  *Romeo Aranas, Isidro Baca,*
   *Tito Buencamino, Shannon Moyle,*
8  *and Jacob Murphy*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| EVERETT WALKER, | Case No. 3:16-cv-00455-MMD-WGC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| ROMEO ARANAS, et al., | |
| Defendant. | |

It is hereby stipulation and agreed by and between Plaintiff, Everett Walker, and all Defendants in this matter, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Douglas R. Rands, Senior Deputy Attorney General, that the above-captioned matter is dismissed with prejudice, and each party will bear their own attorney fees and costs.

_____
Everett Walker, Plaintiff
*Pro Se*

Dated: 7-10-19

AARON D. FORD
Attorney General

By: _____
Douglas R. Rands, Bar No. 3572
Senior Deputy Attorney General
Attorneys for Defendants

Dated: 7-11-19

**IT IS SO ORDERED.**

_____
**U.S. DISTRICT JUDGE**

**DATED:** July 11, **2019.**

1

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 11th day of July, 2019, I caused to be served a copy of the foregoing, **STIPULATION AND ORDER OF DISMISSAL**, by U.S. District Court CM/CEF Electronic Filing on:

Everett Walker, #78791
Care of NNCC Law Librarian
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702
lawlibrary@doc.nv.gov

/s/ Dawn Penny
An employee of the
Office of the Attorney General